```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02023-JJT
Frederick R. Ragoonanan                                             Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-5         User: PRatchfor          Page 1 of 2          Date Rcvd: Jul 05, 2017
                             Form ID: pdf010          Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2017.
```
db              Frederick R. Ragoonanan,    170 Vista Ct,    Bushkill, PA  18324-8756
4924324         Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
4924323         Amex,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
4924325         Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                  Louis, MO  63129
4924328        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage Ll,    350 Highland Dr,
                  Lewisville, TX  75067-4177)
4924329         Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
4924321         Ragoonanan Frederick R,    170 Vista Ct,    Bushkill, PA  18324-8756
4924330         Sears/Cbna,    PO Box 6283,    Sioux Falls, SD  57117-6283
4924333        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp,    PO Box 8026,
                  Cedar Rapids, IA  52408-8026)
4924331         Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
4924332         Toyota Motor Credit Co,    1000 Bridgeport Ave # 4T,    Shelton, CT  06484-4660
4924322         Weinstein Schneider Kannebecker & Loku,    104 W High St,    Milford, PA  18337-1618
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4924326         E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2017 19:09:26      Kohls/Capital One,
                  Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
4924327        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 05 2017 19:09:26      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4924337*        Amex,    Correspondence,    PO Box 981540,    El Paso, TX  79998-1540
4924338*        Amex,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
4924339*        Citibank/the Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040S,
                  Louis, MO  63129
4924340*        Kohls/Capital One,    Kohls Credit,    PO Box 3043,    Milwaukee, WI  53201-3043
4924341*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
4924342*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage Ll,    350 Highland Dr,
                  Lewisville, TX  75067-4177)
4924343*        Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX  75019-4620
4924334*        Ragoonanan Frederick R,    170 Vista Ct,    Bushkill, PA  18324-8756
4924335*        Ragoonanan Frederick R,    170 Vista Ct,    Bushkill, PA  18324-8756
4924344*        Sears/Cbna,    PO Box 6283,    Sioux Falls, SD  57117-6283
4924347*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp,    PO Box 8026,
                  Cedar Rapids, IA  52408-8026)
4924345*        Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
4924346*        Toyota Motor Credit Co,    1000 Bridgeport Ave # 4T,    Shelton, CT  06484-4660
4924336*        Weinstein Schneider Kannebecker & Loku,    104 W High St,    Milford, PA  18337-1618
                                                                                          TOTALS: 0, * 14, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017                                    Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2017 at the address(es) listed below:

```
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jan S. Lokuta    on behalf of Debtor Frederick R. Ragoonanan lokuta@wskllawfirm.com,
           homer@wskllawfirm.com
          John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**FREDERICK R. RAGOONANAN**

Debtor(s)

Chapter: 7

Case Number: **5:17-bk-02023-JJT**

## ORDER DISMISSING CASE

It appearing the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

Schedules A - F

Schedules I - J

Statement of Financial Affairs

B22A-1 Chapter 7 Statement of Your Current Monthly Income

Employee Income Records or Certificate of No Payment Advices

B 22A-1 Supp - Chapter 7 Statement of Exemption from Presumption of Abuse Under Section 707(b)(2)

B22A-2 Chapter 7 Means Test Calculation

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)

Date: July 5, 2017

MDPA-Dismiss Case.WPT - REV 01/15